UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DEUTSCHE BANK NATIONAL TRUST
COMPANY                                            :

                                  Plaintiff,      :         <u>ORDER</u>

                                                  :         22 Civ. 9319 (VSB) (GWG)

   -v.-

                                                  :

STEWART TITLE INSURANCE COMPANY       :

                                  Defendant.    :
-----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     A telephone conference to discuss the application made in docket # 20 shall take place March 20, 2023, at 11:30 a.m.

     At the above date and time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

     When addressing the Court, counsel must <u>not</u> use a speakerphone.

     Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

     SO ORDERED.

Dated: March 15, 2023
       New York, New York

                                                                GABRIEL W. GORENSTEIN
                                                                United States Magistrate Judge