UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR HOME EQUITY
MORTGAGE LOAN ASSET-BACKED TRUST
SERIES INABS 2007-A, HOME EQUITY
MORTGAGE LOAN ASSET-BACKED
CERTIFICATES SERIES INABS 2007-A,

                  Plaintiff,

      - against -

STEWART TITLE INSURANCE COMPANY,

                 Defendant,
------------------------------------------------------------------X

Case No. 1:22-cv-09319-GWG

NOTICE OF MOTION

      PLEASE TAKE NOTICE that upon the annexed Declaration of Thomas G. Sherwood, dated June 15, 2023, the Affidavit of Eric Anthony Zeni, Esq., sworn to on June 14, 2023, the Statement of Uncontested Facts Pursuant to Local Rule 56.1, upon the exhibits attached thereto, and the accompanying Memorandum of Law in support of the motion, Defendant STEWART TITLE INSURANCE COMPANY, by its undersigned counsel, will move this Court before the Honorable Gabriel W. Gorenstein, 500 Pearl Street, Courtroom 6B, New York, New York 10007-1312, as soon as the Court may direct for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing the Complaint in its entirety; dismissing the Plaintiffs' claim for attorneys' fees; and for such other and further relief that the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the Memo Endorsement under ECF No. 25, opposition papers shall be served by July 14, 2023 and reply papers shall be served by July 28, 2023.

Dated:  June 15, 2023
        Garden City, New York

                                             SHERWOOD & TRUITT
                                             LAW GROUP, LLC
                                             By: _____
                                                 Thomas G. Sherwood
                                             *Attorneys for Defendant*
                                             300 Garden City Plaza, Ste 136
                                             Garden City, New York 11530
                                             (516) 408-7030
                                             tsherwood@sherwoodtruitt.com