**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR HOME
EQUITY MORTGAGE LOAN
ASSET-BACKED TRUST SERIES
INABS 2007-A, HOME EQUITY
MORTGAGE LOAN ASSET-BACKED
CERTIFICATES SERIES INABS 2007-A,

                    Plaintiffs,

      -against-                             22 **CIVIL** 9319 (GWG)

                                                 **<u>JUDGMENT</u>**

STEWART TITLE INSURANCE
COMPANY,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 20, 2024, STIC's motion for summary judgment (Docket # 29) is granted, and Deutsche Bank's motion for summary judgment (Docket # 28) is denied; accordingly, the case is closed.

**Dated:** New York, New York

      February 20, 2024

                                                    **RUBY J. KRAJICK**
                                                       **Clerk of Court**

                            **BY:**       K. Mango

                                                       **Deputy Clerk**